UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Susann Rivera, d/b/a Susann Rivera Creative,

Plaintiff,

v.

Seren Innovations, Inc.,

Defendant.

**Civil File No. 00-CV-1287 (PAM/JGL)**

**STIPULATION AND**
**ORDER OF DISMISSAL**

---

STIPULATION

Plaintiff Susann Rivera, d/b/a Susann Rivera Creative and defendant Seren Innovations, Inc., by and through their undersigned attorneys, stipulate and agree that the complaint in the above-entitled action may be dismissed with prejudice, on the merits, and without costs or disbursements to either party.

Dated: November 21, 2000

FOLEY & MANSFIELD, P.L.L.P.

By: Stephen L. Wilson

Stephen L. Wilson (#172054)
Frank A. Dvorak (#25094)
200 Lafayette Building
1108 Nicollet Mall
Minneapolis, Minnesota 55403
Telephone: (612) 338-8788

Attorneys for plaintiff

FILED DEC 01 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

BRIGGS AND MORGAN, P.A.

Dated: November 21, 2000

By: ______________________
Timothy R. Thornton (#109630)
Matthew D. Forsgren (#246694)
2400 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone (612) 334-8400

Attorneys for defendant

ORDER

Based on the foregoing stipulation,

IT IS HEREBY ORDERED that the complaint in the above-entitled action is dismissed with prejudice, on the merits, and without costs or disbursements to either party.

Dated: ~~November~~ December 1, 2000

______________________
Paul A. Magnuson
United States District Court Judge